# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA ART SUPPLY, L.L.C. AND
CRAIG S. MALONEY

NO.  2019 CW 1616

VERSUS

CATHERINE DEANO, INDIVIDUALLY AND
AS THE SUCCESSION REPRESENTATIVE
OF WALTER MADER

**JULY 28, 2020**

---

In Re:    Art Supply Distributor, LLC, applying for supervisory
          writs, 21st Judicial District Court, Parish of
          Tangipahoa, No. 2016-01999.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The November 6, 2019 judgment denying the
Exceptions of Improper Cumulation of Actions and Lack of
Procedural Capacity filed by Defendant-in-Reconvention, Art
Supply Distributor, LLC, is hereby vacated.  The issue of
subject matter jurisdiction may be raised at any time, even by
the court on its own motion, and at any stage of an action.
**Williams v. International Offshore Services, LLC,** 2011-1240 (La.
App. 1st Cir. 12/7/12), 106 So.3d 212, 217, writ denied, 2013-
0259 (La. 3/8/13), 109 So.3d 367.  This court, raising the issue
of subject matter jurisdiction on its own motion, finds the
district court lacked subject matter jurisdiction over Catherine
Deano's reconventional demand.  See **Levert v. University of
Illinois at Urbana/Champaign ex rel. Bd. of Trustees,** 2002-2679
(La. App. 1st Cir. 9/26/03), 857 So.2d 611, writ denied, 2003-
2994 (La. 1/16/04), 864 So.2d 635.  The jurisdiction of a court
over the subject matter of an action or proceeding cannot be
conferred by consent of the parties or waived; a judgment
rendered by a court that has no jurisdiction over the subject
matter of the action or proceeding is void.  **In re Interdiction
of Metzler,** 2015-0982 (La. App. 1st Cir. 2/22/16), 189 So.3d
467, 469, citing La. Code Civ. P. art. 3.   Accordingly,
Catherine Deano's reconventional demand is dismissed without
prejudice.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

ᑫ. Smᒐ
_____
      DEPUTY CLERK OF COURT
         FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.